United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY et al., | No. C 09-mc-80118 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON MOTION TO QUASH SUBPOENA** |
| DENICE SHAKARIAN HALICKI et al., | |
| Defendants. | |

Defendant Classic Recreations LLC has filed a motion to quash plaintiffs' subpoena for production of records served on Google, Inc. Defendant must serve the moving papers on plaintiffs by **THURSDAY, JUNE 18, 2009, AT 5:00 P.M.**, if it has not already done so. Plaintiff may file any opposition to the application by **FRIDAY, JUNE 19, 2009, AT 5:00 P.M.**. A hearing on the application will be held **MONDAY, JUNE 22, 2009, AT 3:00 P.M**.

**IT IS SO ORDERED.**

Dated: June 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE