MONICA CRUZ THORNTON (SBN 131446)
JENNIFER A. CLINGO (SBN 223831)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email: mthornton@selmanbreitman.com

Attorneys for Defendant
T&D MOTOR COMPANY, INC. and
CLASSIC RECREATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY, an individual, CARROLL SHELBY LICENSING, INC., a California corporation, SHELBY AUTOMOBILES, INC., a Nevada corporation, and CARROLL HALL SHELBY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DENICE SHAKARIAN HALICKI, an individual, THE ORIGINAL GONE IN 60 SECONDS, LLC, a Delaware limited liability company, HALICKI FILMS, LLC, a California limited liability company, ELEANOR LICENSING, LLC, a Delaware limited liability company, T&D MOTOR COMPANY, INC., an Oklahoma company, CLASSIC RECREATIONS LLC, an Oklahoma limited liability company,<br>                     Defendants. | CASE NO. C 09-mc-80118 WHA<br><br>(Case currently assigned in Central District of California, Case No. CV08-08004 SJO (PJWX)<br><br><br>STIPULATION OF THE PARTIES FOR CONTINUANCE OF HEARING ON MOTION TO QUASH; FILED CONCURRENTLY WITH [~~PROPOSED~~] ORDER AND DECLARATION OF JENNIFER A. CLINGO, ESQ.<br><br>Complaint Filed  : 12/04/08 |

1

| | |
|---|---|
| 1 | T&D MOTOR COMPANY, INC., AN OKLAHOMA COMPANY AND CLASSIC RECREATIONS LLC, |
| | Counter-claimants |
| | v. |
| | CARROLL SHELBY, an individual, CARROLL SHELBY LICENSING, INC., a California corporation, SHELBY AUTOMOBILES, INC., a Nevada corporation, and CARROLL HALL SHELBY TRUST |
| | Counter-Defendants |

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, through their respective undersigned counsel of record, as follows:

1. This Court ordered a hearing for the Defendant's Motion to Quash Subpoena on June 17, 2009 for Monday, June 22, 2009 at 3:00 p.m. The order setting the hearing was forwarded electronically to defense counsel.

2. Due to the unavailability of counsel for the parties and the reasons set forth in the declaration served concurrently herein, the parties request that the hearing be continued until the week of July 7, 2009.

3. The parties further agree that Plaintiff's opposition to the Motion to Quash Subpoena will be due two (2) days prior to the continued hearing date.

4. The parties will not be prejudiced by the continuance of the hearing for the discovery motion. Currently, the subpoenaed party Google, Inc. has received notice of the pending Motion to Quash Subpoena and is not producing any records until this matter is decided by the Court.

5. Considering the foregoing, the parties hereby request that this Court continue the hearing for the Defendant's Motion to Quash Subpoena to a date that is convenient for the Court during the week of July 7, 2009.

6. This stipulation may be signed in counterpart and by facsimile all of which taken together shall constitute one in the same stipulation.

IT IS SO STIPULATED AND AGREED.

DATED: June 22, 2009

SEDGWICK DETERT, MORAN & ARNOLD LLP

By: _____
ROBERT L HELFING
HEATHER L. MCCLOSKEY
CAROLINE Y. BUSSIN
Attorneys for plaintiffs
CARROLL SHELBY; CARROLL SHELBY LICENSING, INC.; SHELBY AUTOMOBILES, INC. and CARROLL HALL SHELBY TRUST

DATED: June 22, 2009

SELMAN BREITMAN LLP

By: /s/
   MONICA CRUZ THORNTON
   JENNIFER A. CLINGO
Attorneys for Defendant
T&D MOTOR COMPANY, INC. and
CLASSIC RECREATIONS LLC

**[~~PROPOSED~~] ORDER**

Having read and considered the Joint Stipulation to Continue the Hearing on Motion to Quash Subpoena, the Court rules as follows:

IT IS HEREBY ORDERED that the hearing for the Defendant's Motion to Quash Subpoena on June 22, 2009 is hereby continued to __July 9__, 2009. at 2:00 p.m.

IT IS FURTHER ORDERED that Plaintiff's Opposition to the Motion to Quash Subpoena must be filed by __July 7__, 2009.

IT IS FURTHER ORDERED that_____.

IT IS SO ORDERED.

DATED: __June 22__, 2009



IT IS SO ORDERED
Judge William Alsup

Honorable William Alsup
United States District Court Judge

Selman Breitman LLP
ATTORNEYS AT LAW

435411.1 728.26496

5

C 09-mc-80118 WHA

## DECLARATION OF JENNIFER A. CLINGO

I, Jennifer A. Clingo, declare and state as follows:

1. I am an attorney at law duly licensed to practice in the United States District Court, Central District of California and I am an associate with the law firm of Selman Breitman, LLP, counsel of record for defendant, CLASSIC RECREATIONS LLC (hereinafter "defendant"). I am personally familiar with the facts set forth in this declaration and if called upon as a witness, I could and would competently testify thereto.

2. On June 17, 2009, the Court sent electronic notice to counsel Monica Cruz Thornton regarding the Order Setting Hearing on Motion to Quash Subpoena. Ms. Thornton was out of state and did not receive the electronic notice from the Court until her return on Friday, June 19, 2009.

3. I attempted to contact this Court on June 19, 2009 regarding the June 22, 2009 hearing date and received the recording. I tried again at approximately 8:30 a.m. on Monday, June 22, 2009. The Court's clerk Dawn returned my telephone call at approximately 10:30 a.m. on June 22, 2009. She stated that the Court does not allow telephonic appearance and that this Court hears discovery motions on an expedited basis. As this case is venued in Central District and the motion is filed specially for the purposes of quashing a subpoena located in the Northern District, counsel was not aware of the Court's procedure for expedited notice for

discovery motions and hearing procedures.

4. On June 22, 2009, after I spoke with the Court's clerk, I contacted plaintiff's counsel Caroline Bussin regarding the Order. Plaintiff's counsel did not receive the Order from this Court. Although plaintiff's counsel is identified on the proof of service for the defendant's motion, plaintiff has not filed any documents in this matter with this specific Court and thus was not in the ECF system to receive electronic notice.

5. Plaintiff's counsel agreed that they would be available for a continuance of the hearing during the week of July 7, 2009, with the exception of Monday, July, 6, 2009. The Court's clerk reported that this is the next available time for hearing if it is not completed this week. Both plaintiff's and defense counsel agree to that week or later. This will allow plaintiff sufficient time to prepare an opposition to the motion and for all counsel to appear at the hearing.

6. Additionally, our office has forwarded the defendant's Motion to Quash Subpoena to Google, Inc. The subpoenaed party is not producing documents in response to the subpoena until this Court rules upon the defendant's motion. As such, there is no prejudice or unreasonable delay that will be caused by the continuance.

7. Based on the expedited notice and that all counsel agree to a continuance, good cause exists for a

continuance of the hearing for the defendant's motion until the Court's next available date during the week of July 7, 2009.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of June, 2009 at Los Angeles, California.

_____
JENNIFER A. CLINGO