UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL SHELBY, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DENICE SHAKARIAN HALICKI, an individual, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. CV 09-mc-80118 WHA <br><br> (Case currently assigned in Central District of California, Case No. CV 08-08004 SJO (PJWx)) <br><br> **ORDER DENYING DEFENDANT CLASSIC RECREATIONS' MOTION TO QUASH PLAINTIFFS' SUBPOENA TO GOOGLE, INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Before the Court is defendant Classic Recreations' Motion to Quash the plaintiffs' subpoena to Google, Inc. (the "subpoena"), which came on regularly for hearing on July 9, 2009 at 2:00 p.m. in Department 9 of the above-entitled court.

Having considered the moving and opposing papers, and having heard oral argument from the parties, the Court hereby rules as follows:

IT IS ORDERED THAT:

1.  Defendant Classic Recreations' Motion to Quash the plaintiffs' subpoena to Google, Inc. is DENIED.

2.  Google, Inc. is to produce documents responsive to Request Nos. 2 and 8 only in Exhibit A to the subpoena. Said documents will be produced with

the designation "Confidential-Attorney's Eyes Only" pursuant to the terms of the April 15, 2009 Protective Order herein, subject to the plaintiffs' right to dispute said designation at any point in the future.

3. Paragraph F under the "Definitions" heading of Exhibit A to the subpoena is hereby modified to read as follows: "The term 'RELATE TO' 'RELATED TO' or 'RELATING TO' shall mean constituting, summarizing, describing or referring to."

4. Plaintiffs are to give notice of this Order to the Legal Department of Google, Inc. and Google, Inc. is to produce documents in accordance with the terms of this Order forthwith.

DATED: July 14, 2009

IT IS SO ORDERED
Judge William Alsup
United States District Court Judge

LA/914220v1

-2- Order Denying Defendant Classic Recreations'
Motion to Quash Plaintiffs' Subpoena to Google, Inc.
CV 09-mc-80118 WHA